UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   17-20748-CR-JEM(s)
18 U.S.C. § 1349
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)



FILED BY ___TB___

Feb 21, 2018

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA

v.

CYNTHIA RODRIGUEZ,
DESTINY ASJEE ROWLAND, and
LOURDES WASHINGTON,

Defendants.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At various times material to this Superseding Information:

### The Defendants and Related Entities

1.      Defendant **CYNTHIA RODRIGUEZ** was a resident of Hollywood, Florida.

2.      Defendant **DESTINY ASJEE ROWLAND** was a resident of Sunrise, Florida.

3.      Defendant **LOURDES WASHINGTON** was a resident of Miami, Florida.

4.      CR Elegant Trades Inc. ("CR Elegant Trades") was incorporated on or about September 5, 2014, and purported to do business as a Florida corporation at 5611 W. 25th Court, Hialeah, Florida. **CYNTHIA RODRIGUEZ** was the sole corporate officer of CR Elegant Trades.

5.     LW Nationwide Inc. ("LW Nationwide") was incorporated on or about February 3, 2017, and purported to do business as a Florida corporation at 9561 Fontainebleau Blvd., Apt. 402, in Miami, Florida. **LOURDES WASHINGTON** was the sole corporate officer of LW Nationwide.

6.     Asjee Luxury Inc. ("Asjee Luxury") was incorporated on or about July 5, 2017, and purported to do business as a furniture merchant wholesaler at 3688 N.W. 83rd Lane in Sunrise, Florida. **DESTINY ASJEE ROWLAND** was the sole corporate officer of Asjee Luxury.

7.     Company 1 was a corporation located in Eau Claire, Wisconsin.

8.     Company 2 was a lumber company based in Illinois that regularly did business with Company 1.

9.     Company 3 was a corporation located in Roseville, California that was acting as the escrow holder on the sale of a property owned by "K.W." and "T.W."

10.    "B.D." was an attorney handling a real estate closing for "T.J."

11.    Company 1, Company 2, and Company 3 are hereinafter referred to as the "Victim Companies."

**COUNT 1**
**Conspiracy to Commit Wire Fraud**
**(18 U.S.C. § 1349)**

1.     Paragraphs 1 through 11 of the General Allegations section of this Superseding Information are realleged and incorporated by reference as though fully set forth herein.

2.     From at least as early as in or around September 2014, and continuing through in or around November 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CYNTHIA RODRIGUEZ,**
**DESTINY ASJEE ROWLAND,**
**and**
**LOURDES WASHINGTON,**

2

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the United States Attorney, to commit certain offenses against the United States, that is, to knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, to knowingly transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY

3.      It was the purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by obtaining and misappropriating money from victims, including B.D. and the Victim Companies, by making materially false and fraudulent representations, and by the concealment of material facts, concerning, among other things, the true identity of the defendants and their co-conspirators and the purported need for victims, including B.D. and the Victim Companies, to make payments to the defendants and their co-conspirators.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

4.      **CYNTHIA RODRIGUEZ, DESTINY ASJEE ROWLAND, LOURDES WASHINGTON,** and their co-conspirators opened shell companies and bank accounts in the names of those shell companies.

5.      **CYNTHIA RODRIGUEZ, DESTINY ASJEE ROWLAND, LOURDES WASHINGTON,** and their co-conspirators, posing as bona fide creditors, sent false and fraudulent

3

requests for payment and wire instructions to B.D. and the Victim Companies, in order to induce B.D. and the Victim Companies to transfer money into bank accounts in the names of the defendants' shell companies.

6. Based upon their false and fraudulent requests for payment and wire instructions, **CYNTHIA RODRIGUEZ, DESTINY ASJEE ROWLAND, LOURDES WASHINGTON,** and their co-conspirators caused B.D. and the Victim Companies to make over $2,000,000 in payments, via interstate wire, to bank accounts in the names of the defendants' shell companies, and under the control of the defendants and their co-conspirators.

7. **CYNTHIA RODRIGUEZ, DESTINY ASJEE ROWLAND, LOURDES WASHINGTON,** and their co-conspirators used the proceeds of the fraud for their personal use and benefit, and for the use and benefit of others.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

From at least as early as in or around September 2014, and continuing through at least in or around November 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CYNTHIA RODRIGUEZ,**
**DESTINY ASJEE ROWLAND,**
**and**
**LOURDES WASHINGTON,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and with others known and unknown to the United States Attorney, to violate Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate commerce, which financial transaction involved the

4

proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 3-4
### Money Laundering
### (18 U.S.C. § 1956(a)(1)(B)(i))

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, as specified below, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, that is:

| Count | Approximate Date | Defendant(s) | Financial Transaction |
|---|---|---|---|
| 3 | February 17, 2017 | **CYNTHIA RODRIGUEZ and LOURDES WASHINGTON** | Transfer of approximately $31,814 from LW Nationwide's Bank of America account ending in 0358 to an account in Zhejiang, China |
| 4 | July 31, 2017 | **CYNTHIA RODRIGUEZ and DESTINY ROWLAND** | Withdrawal of approximately $8,000 from Asjee Luxury's TD Bank account ending in 5379 |

which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful

activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity.

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATIONS

1.     The allegations contained in this Superseding Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, have an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1349, as alleged in this Superseding Information, any defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, including, but not limited to, $1,643,674.22 seized from TD Bank account ending in 5379.

3.     Upon conviction of a violation of Title 18, United States Code, Section 1956(a), as alleged in this Superseding Information, any defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

4.     If any of the property described above, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise of due diligence;

6

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).


BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY


LISA H. MILLER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                          CASE NO.      17-20748-CR-JEM(s)

v.

CYNTHIA RODRIGUEZ,
DESTINY ASJEE ROWLAND, and                        **CERTIFICATE OF TRIAL ATTORNEY***
LOURDES WASHINGTON,

                       Defendants.      /          Superseding Case Information:

Court Division: (Select One)                        New Defendant(s)           Yes ☑   No ☐
                                                    Number of New Defendants        2
☑ Miami    ☐ Key West                               Total number of counts          4
☐ FTL      ☐ WPB    ☐ FTP

            I do hereby certify that:

1.          I have carefully considered the allegations of the indictment, the number of defendants, the number
            of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.          I am aware that the information supplied on this statement will be relied upon by the Judges of this
            Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial
            Act, Title 28 U.S.C. Section 3161.

3.          Interpreter:      (Yes or No)        No
            List language and/or dialect

4.          This case will take      0     days for the parties to try.

5.          Please check appropriate category and type of offense listed below:

            (Check only one)                              (Check only one)

I      0   to 5 days         ☑   Petty               ☐
II     6   to 10 days        ☐   Minor               ☐
III    11  to 20 days        ☐   Misdem.             ☐
IV     21 to 60 days         ☐   Felony              ☑
V      61 days and over      ☐

6.          Has this case been previously filed in this District Court?   (Yes or No)    Yes
            If yes:
            Judge: MARTINEZ                         Case No.      17-20748-CR-JEM (Rowland)
            (Attach copy of dispositive order)
            Has a complaint been filed in this matter?      (Yes or No)    Yes
            If yes:
            Magistrate Case No.                     17-MJ-03846-Torres (Rodriguez; Washington)
            Related Miscellaneous numbers:
            Defendant(s) in federal custody as of
            Defendant(s) in state custody as of
            Rule 20 from the District of
            Is this a potential death penalty case? (Yes or No)       No

7.          Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office
            prior to October 14, 2003?    Yes ☐    No ☑


                                        _____
                                        LISA H. MILLER
                                        ASSISTANT UNITED STATES ATTORNEY
*Penalty Sheet(s) attached              Court ID No.: A5502054


                                                                            REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   DESTINY ASJEE ROWLAND

Case No:   17-20748-CR-JEM(s)

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

* Max. Penalty: Twenty Years' Imprisonment

Count #: 2

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

* Max. Penalty: Twenty Years' Imprisonment

Count #: 4

Money Laundering

Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2

* Max. Penalty: Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  LOURDES WASHINGTON

**Case No:**  17-20748-CR-JEM(s)

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty**: Twenty Years' Imprisonment

Count #: 2

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\* Max. Penalty**: Twenty Years' Imprisonment

Count #: 3

Money Laundering

Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2

**\* Max. Penalty**: Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   CYNTHIA RODRIGUEZ

**Case No**:   17-20748-CR-JEM(s)


Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

* **Max. Penalty**: Twenty Years' Imprisonment

Count #: 2

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

* **Max. Penalty**: Twenty Years' Imprisonment

Counts #: 3-4

Money Laundering

Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2

* **Max. Penalty**: Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   17-20748-CR-JEM(s) |
| LOURDES WASHINGTON, | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Terence Lenamon, Esq.
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   17-20748-CR-JEM(s) |
| DESTINY ASJEE ROWLAND, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Sara Kane, AFPD, Esq.
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   17-20748-CR-JEM(s) |
| CYNTHIA RODRIGUEZ, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Hugo Rodriguez, Esq.
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*